PHILLIP A. TALBERT
United States Attorney
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA COX,<br><br>Defendant. | CASE NO. 1:24-CR-00206-JLT<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: January 3, 2025<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on January 3, 2025. The parties agree and stipulate to continue the status conference until January 9, 2025, to accommodate the schedule of counsel.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on January 3, 2025.

2. By this stipulation, defendant now moves to continue the status conference until **January 9, 2025, at 2:00 p.m.** and to exclude time between January 3, 2025, and January 9, 2025.

3. No exclusion of time is necessary because the matter concerns a supervised release violation.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

IT IS SO STIPULATED.

Dated: December 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT L. VENEMAN-HUGHES
ROBERT L. VENEMAN-HUGHES
Assistant United States Attorney

Dated: December 30, 2024

/s/ Eric Kersten
ERIC KERSTEN
Counsel for Defendant
MELISSA COX

## ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for January 3, 2025 at 2:00 p.m. is continued to **January 9, 2025 at 2:00 p.m. before Magistrate Judge Erica P. Grosjean**. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated:   **December 30, 2024**            /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE