1  ERIC V. KERESTEN, CA BAR #226429
   Attorney at Law
2  1125 T Street
   Fresno, CA 93721
3  Telephone: (559) 326-6258
   eric@kerstenlegal.com
4

5  Attorney for Defendant Melissa Cox

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | No. 1:24-CR-00206-JLT
12 |                              |
   |       Plaintiff,             |
13 |                              | **MOTION TO TERMINATE CJA
   |   v.                         | APPOINTMENT OF ERIC V. KERSTEN
14 |                              | AS ATTORNEY OF RECORD AND
   | MELISSA COX,                 | [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER**
15 |                              |
   |       Defendant.             |
16

17

18

19        On December 12, 2024, a Probation Form 12C petition and order charging Defendant

20 Melissa Cox with violating her conditions of supervised release was filed. On January 24, 2025

21 CJA Panel Attorney Eric V. Kersten was appointed as trial counsel to represent Ms. Cox in her

22 criminal case. Ms. Cox admitted violating her conditions of release and was sentenced on

23 February 10, 2025. The time for filing a direct appeal was February 26, 2025. No direct appeal

24 was filed. Ms. Cox was in custody at sentencing. The trial phase of Ms. Cox's criminal case has,

25 therefore, come to an end. Having completed his representation of Ms. Cox, CJA attorney Eric V.

26 Kersten now moves to terminate his appointment under the Criminal Justice Act.

27        Should Ms. Cox require further legal assistance she has been advised to contact the Office

28 of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite

330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: April 24, 2025

Respectfully submitted,

/s/ *Eric V. Kersten*
ERIC V. KERSTEN
Attorney for Defendant
Melissa Cox

**[~~PROPOSED~~] ORDER**

Having reviewed the notice and found that attorney Eric V. Kersten has completed the services for which he was appointed, the Court hereby grants attorney Kersten's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Melissa Cox at the following address and to update the docket to reflect Defendant's pro se status and contact information.

MELISSA COX
2036 N. Cecelia Avenue
Fresno, CA 93722

**IT IS SO ORDERED**

Dated: April 25, 2025

UNITED STATES DISTRICT JUDGE